Case 1:19-cv-08161-AJN-JLC   Document 26   Filed 06/08/20   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | | |
|---|---|---|
| MARCIA SHAPIRO, | : | |
| | : | |
| Plaintiff, | : | **ORDER** |
| | : | |
| -against- | : | 19-CV-8161 (AJN) (JLC) |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge**.

On March 20, 2020, I issued an Order granting the Commissioner's request for an extension of time to file the supplemental certified administrative record and directing plaintiff Marcia Shapiro, who is unrepresented by counsel in this matter, to file an answering brief by June 2, 2020. Dkt. No. 19.

Given that the June 2 deadline has passed and the court has received no response from Ms. Shapiro, the Court will consider the Commissioner's motion unopposed unless Ms. Shapiro files a response on or before **June 30, 2020.** If Ms. Shapiro submits a response, the Commissioner shall have until **July 21, 2020** to file any reply.

**SO ORDERED.**

Dated: June 8, 2020
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

**Copies of this Order have been sent via Regular Mail to the following:**

Marcia Shapiro
131 East 83rd Street
Apt. 4G
New York, NY 10028