# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

Marcia Shapiro,

                Plaintiff,                19 **CIVIL** 8161 (AJN)

      -against-                    **JUDGMENT**

Commissioner of Social Security,

                Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated February 26, 2021, The Court adopts the R & R in its entirety and GRANTS Defendant's motion for judgment on the pleadings; accordingly, this case is closed.

**Dated:** New York, New York
        February 26, 2021

                                              **RUBY J. KRAJICK**
                                                **Clerk of Court**
                          **BY:**
                                                   **Deputy Clerk**